IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES WESLEY WARD, III :
:
v : CIVIL ACTION NO. 17-3090
:
NANCY A. BERRYHILL, :
ACTING COMMISSIONER OF THE :
SOCIAL SECURITY ADMINISTRATION :

**ORDER**

AND NOW, this 4th day of January, 2019, upon consideration of the Report and Recommendation filed by Magistrate Judge Elizabeth T. Hey, to which no objections have been filed, and the findings and conclusions of the Magistrate Judge having been accepted by the Court after review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED & ADOPTED**.

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of the remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with the findings and conclusions in the Report and Recommendation.

3. The Clerk of Court is directed to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.